# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00110-CV

**Patricia Scott d/b/a Armor Farm and Ranch Supply, Appellant**

**v.**

**Wayland Raley, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 03-038-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Patricia Scott filed a notice of appeal on March 2, 2004.  Her brief was due on May 7, 2004.  On May 24, 2004, appellant was notified that her brief was late, and given until June 4, 2004, to respond.  *See* Tex. R. App. P. 38.8(a)(1) (failure to file brief can result in dismissal for want of prosecution).  The notice informed appellant that failure to respond *would* result in dismissal of the appeal.  To date, appellant has not responded in any way to that notice.  Accordingly, we dismiss the appeal for want of prosecution.  *Id.*; Tex. R. App. P. 42.3(b) (dismissal for want of prosecution).

 

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed:   July 29, 2004